The People of the State of Illinois, Plaintiff-Appellee, v. John Clark, Defendant-Appellant.

(No. 58453;

First District (5th Division)—July 13, 1973.

PER CURIAM.
SULLIVAN, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Lee T. Hettinger, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Mariann Twist, and Nicholas P. Lavarone, Assistant State's Attorneys, of counsel,) for the People.